AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Western District of Washington

EMMANUEL HARRIS
Plaintiff (s),
V.
COLUMBIA DEBT RECOVERY LLC,
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:25-cv-05830-TL

Notice is hereby given that, subject to approval by the court, Columbia Debt Recovery LLC (Party (s) Name) substitutes Ryan W. Vollans (Name of New Attorney), State Bar No. 45302 as counsel of record in place of Nicole M. Strickler (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: WILLIAMS, KASTNER & GIBBS PLLC
Address: 601 Union Street, Suite 4000
Telephone: (206) 628-6600 Facsimile (206) 628-6611
E-Mail (Optional): rvollans@williamskastner.com

I consent to the above substitution.
Date: 10/21/26

Susanna Dodd
Columbia Debt Recovery
(Signature of Party (s))

I consent to being substituted.
Date: 10/21/26

Nicole M. Strickler
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/21/2026

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 16, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**